# COMPOSITE EXHIBIT 1

# United States of America
## United States Patent and Trademark Office

# COINGEEK

**Reg. No. 5,909,462**
**Registered Nov. 12, 2019**
**Int. Cl.: 9, 36, 41, 42**
**Service Mark**
**Trademark**
**Principal Register**

Media Trademark and Licensing Ltd. (ANTIGUA AND BARBUDA CORPORATION)
Fitzgerald House
44 Church Street
St. John's, ANTIGUA & BARBUDA

CLASS 9: Computer software for use in generating, exchanging, trading, updating, clearing, settlement, custody, investment and processing of digital currencies, digital coins and cryptocurrencies; Downloadable mobile software applications for use in exchanging, trading, updating, clearing, settlement, custody, investment and processing of digital currencies, digital coins, cryptocurrencies; Computer software platforms for developing, building, and operating distributed applications and blockchain software; Software for facilitating on-line and point-of-sale electronic commercial transactions, software for the provision of electronic mobile cryptocurrency exchange services

FIRST USE 4-1-2019; IN COMMERCE 4-1-2019

CLASS 36: Payment and funds verification services; Payment verification services; Electronic commerce payment services, namely, establishing funded accounts used to purchase goods and services on the Internet; Electronic foreign exchange payment processing; Merchant services, namely, payment transaction processing services; On-line cryptocurrency trading; provision of cryptocurrency exchange services; provision of on-line electronic commercial transactions, electronic mobile cryptocurrency exchange services

FIRST USE 4-1-2019; IN COMMERCE 4-1-2019

CLASS 41: Educational services, namely, conducting classes, presentations, seminars, conferences, and workshops in the field of digital currency, digital coins, cryptocurrency, blockchain and distributed computing technology and management and distribution of course and educational materials in connection therewith; Organizing, arranging, and conducting educational conferences, seminars, festivals, symposia, educational conventions, and professional training events in the field of digital currency, digital coins, cryptocurrency, blockchain and distributed computing technology and blockchain software

FIRST USE 11-1-2018; IN COMMERCE 11-1-2018

CLASS 42: Consulting services in the field of digital currency, digital coins, and cryptocurrency, blockchain and distributed computing technology; Providing online non-downloadable software for use in generating, exchanging, trading, updating, clearing, settlement, custody, investment and processing of digital currencies and cryptocurrencies; Software as a service (SaaS) services featuring software for financial and advisory services for generating, exchanging, trading, updating, clearing, settlement, custody, investment and processing of digital currencies and cryptocurrencies; Providing temporary use of non-downloadable computer software that allows users to send, receive, store, and safeguard digital currency; Providing a secure, web-based service featuring technology that enables



Director of the United States
Patent and Trademark Office

users to remotely access, send, receive, store, and manage digital currency; Application service provider (ASP) services featuring application programming interface (API) software for integration of financial transactions into websites and mobile applications; Data encryption services; Application service provider (ASP) featuring software for use of cryptocurrency and blockchain; Application service provider (ASP), namely, hosting computer software applications of others; Application service provider featuring application programming interface (API) software for interaction with cryptocurrency and blockchain; Cloud computing featuring software for use in the cryptocurrency and blockchain market; Collaborative computer programming for others in the nature of hackathons; Design and development of computer software and hardware in the field of cryptocurrency mining and blockchain; Platform as a service (PAAS) featuring computer software platforms for cryptocurrency and blockchain; Cryptocurrency mining services; Computer services, namely, pooled cryptocurrency mining services for bitcoin cash, providing shared computational processing and verification for cryptocurrency mining; Computer services, namely, cloud mining services for providing shared computational processing and verification for cryptocurrency mining; Computer data center services, namely, providing and managing shared computing hardware and software for the purpose of mining cryptocurrency; Data encryption services; computer services, namely, creating online communities for registered users to participate in discussions, provide and obtain feedback from other registered users, form virtual communities and engage in social networking in the field of digital currency, digital coins, cryptocurrency, blockchain and distributed computing technology

FIRST USE 2-1-2019; IN COMMERCE 2-1-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-048,504, FILED 07-23-2018

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# COINGEEK

**Reg. No. 5,882,050**
**Registered Oct. 15, 2019**
**Int. Cl.: 35, 42**
**Service Mark**
**Principal Register**

Media Trademark and Licensing Ltd.  (ANTIGUA AND BARBUDA CORPORATION)
Fitzgerald House
44 Church Street
St. John's, ANTIGUA & BARBUDA

CLASS 35: Arranging and conducting competitions to compete for seed capital to finance business activities in the field of cryptocurrency, blockchain and distributed computing technology

FIRST USE 5-4-2019; IN COMMERCE 5-4-2019

CLASS 42: Online information and consultation in the fields of digital currency, digital coins, cryptocurrency, blockchain, and distributed computing technology through mobile applications and the internet; operation of a website providing information, news, current events, analysis and commentary regarding digital currency, digital coins, cryptocurrency, blockchain, and distributed computing technology; computer software development, computer programming and maintenance of computer software for cryptocurrency mining and blockchain purposes

FIRST USE 3-1-2017; IN COMMERCE 3-1-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-048,270, FILED 07-23-2018



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.